IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE REEVES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-7-JJF |
| | : | |
| RADIOLOGY ASSOCIATES, INC., | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, a summons was issued for Defendant Radiology Associates, Inc. in the above-captioned case on January 6, 2005;

NOW THEREFORE, IT IS HEREBY ORDERED this 22 day of July 2005, that Plaintiff show cause in writing **within twenty (20) days of the date of this Order** why this case should not be dismissed for failure to serve process within 120 days of filing the Complaint pursuant to Federal Rule of Civil Procedure 4(m).

                                                                          _[signature]_
                                                                          UNITED STATES DISTRICT JUDGE