RECEIVED

2005

August 10, 2005

Dear Judge Farnan,

    I am writing to you in reference to Civil Action 05-7-JJF. I was being represented by Mr. Darryl Fountain. As you are aware, Mr. Fountain has been suspended for three years.

    Upon review of my file by another attorney, I found that Mr. Fountain has not filed the necessary papers with your court. Therefore, I am requesting a continuance to allow me to file the appropriate documents and to obtain new legal representation.

    Thank you for your consideration.

Sincerely,

*Valerie Reeves*

Valerie Reeves

8 Delft CT
Middletown De 19709

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 AUG 10 PM 3: 03

*Judge Farnan*

Reeves vs Radiology Assoc