IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE REEVES, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-7-JJF |
| | : |
| RADIOLOGY ASSOCIATES, INC., | : |
| | : |
| Defendant. | : |

### O R D E R

WHEREAS, Plaintiff has filed a letter in response to the Court's Order dated July 22, 2005, requiring her to show cause why this action should not be dismissed for failure to serve process within 120 days of filing the Complaint pursuant to Federal Rule of Civil Procedure 4(m);

WHEREAS, Plaintiff has indicated that her attorney, Darryl Fountain, has been suspended from the practice of law, and she requests a continuance to file the appropriate documents and obtain new legal representation;

WHEREAS, the Court concludes that Plaintiff has established good cause for her failure to serve this action within the time frames set forth in Rule 4(m);

NOW THEREFORE, IT IS HEREBY ORDERED this 22 day of August 2005, that:

1.  Plaintiff shall inform the Court whether she has obtained new counsel or intends to proceed with this action pro se by having her new counsel enter an appearance in this case

**within thirty (30) days of the date of this Order** or by filing a letter indicating her intention to proceed pro se **within thirty (30) days of the date of this Order.**

    2.   Plaintiff shall have an additional 120 days to effectuate service under Federal Rule of Civil Procedure 4(m). Calculation of the new 120 day time period shall begin on the date Plaintiff's counsel files an entry of appearance with the Court or on the date Plaintiff files her letter of intention to proceed pro se.

    3.   Plaintiff's failure to comply with any of the time frames set forth in this letter will result, without further notice to the Plaintiff, in the dismissal of this action without prejudice.

                                              _____
                                              UNITED STATES DISTRICT JUDGE