Office of the Clerk
United States District Court
Attn: Judge Joseph Farnan
Civil Action No.05-7-JJF

Reeves vs. Radiology Assoc. Inc.

Dear Judge Farnan,

I have not been able to obtain new counsel because of my inability to afford new representation due to the fact that I am awaiting the resolution of my claim with the lawyer compensation fund. I will be hearing from said fund within two weeks. Until that time I will not be able to obtain a new attorney so that I can continue with the lawsuit. I respectfully request the opportunity to pursue this process to its conclusion. Thank you for your consideration.

Respectfully,
Valerie Reeves

*Valerie Reeves*



FILED
SEP 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE







Ms. Valerie Reeves
8 Delft Ct.
Middletown, DE 19709

Office of the Clerk
United States District Court
844 N. King St. Lock box 18
Wilmington DE 19801-3570

U.S.M.S.
X-RAY

