IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE REEVES, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-7 JJF |
| RADIOLOGY ASSOCIATES, INC., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

### ENTRY OF APPEARANCE

Please enter the appearance of Richard R. Wier, Jr. on behalf of Defendant Radiology Associates, Inc. This Entry of Appearance shall not be construed to be a waiver of any defenses, including, but not limited to, those set forth in Fed. Ct. Civ. R. 12(b). Defendant specifically reserves all rights to raise jurisdictional, service, statute of limitation and/or other defenses that may be available.

Respectfully submitted,
**RICHARD R. WIER, JR., P.A.**

\_\_\_\_/s/ Richard R. Wier, Jr.\_\_\_\_
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
RWier@wierlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE REEVES, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-7 JJF |
| RADIOLOGY ASSOCIATES, INC., | : JURY TRIAL DEMANDED |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I certify that on this 20th day of October 2005 that I caused a copy of the attached to be filed with the Clerk of the Court using CM/ECF and that a copy has been mailed to the pro se plaintiff at the following address:

Valerie Reeves
8 Delft Ct.
Middletown, DE 19709

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
RWier@wierlaw.com