IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE REEVES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-7 JJF |
| | : | |
| RADIOLOGY ASSOCIATES, INC., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS/SUMMARY JUDGMENT

Now comes Defendant Radiology Associates, Inc., by and through counsel, pursuant to Fed. Ct. Civ. Pro. 12(b)(6) and 56(c), which moves for the dismissal of the Complaint and/or summary judgment entered on behalf of Defendant. In support of this motion, Defendant relies upon its Opening Brief in Support of its Motion to Dismiss/Summary Judgment.

Wherefore, Defendant respectfully requests that this Court enter an Order dismissing Plaintiff's Complaint with prejudice and/or entering summary judgment on behalf of Defendant, and awarding the Defendant its attorneys' fees and costs, and any other relief that the Court deems appropriate.

Respectfully submitted,
**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
RWier@wierlaw.com

November 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE REEVES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-7 JJF |
| | : | |
| RADIOLOGY ASSOCIATES, INC., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I certify that on this 1st day of November 2005 that I caused a copy of the attached to be filed with the Clerk of the Court using CM/ECF and that a copy has been mailed to the pro se plaintiff at the following address:

Valerie Reeves
8 Delft Ct.
Middletown, DE 19709

                                            **RICHARD R. WIER, JR., P.A.**

                                            /s/ Richard R. Wier, Jr.
                                            Richard R. Wier, Jr. (#716)
                                            Daniel W. Scialpi (#4146)
                                            1220 Market St., Suite 600
                                            Wilmington, DE 19801
                                            (302)888-3222
                                            RWier@wierlaw.com