IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE REEVES, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-7 JJF |
| RADIOLOGY ASSOCIATES, INC., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## ORDER

Upon presentation and consideration of Defendant's Motion to Dismiss/Summary Judgment, and any opposition thereto

IT IS ORDERED this _____ day of _____, _____ that

1. Defendant's Motion is Granted;

2. Plaintiff's Complaint is dismissed and/or summary judgment is entered on behalf of Defendant.

_____
The Honorable Joseph J. Farnan, Jr.