EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER CHARGE NUMBER
☐ FEPA
☐ EEOC

RECEIVED NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

__Delaware Department of Labor__ and **EEOC**
(State, or local Agency, if any)

| NAME (Indicate Mr., Mrs., Ms) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Valerie Reeves | (302) 834-0312 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 8 Delft Court | Middletown DE 19709 | NCC |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

| NAME | NO. OF EMPLOYEES OR MEMBERS | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| Radiology Associates | 200+ | (302) 652-3016 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 1701 Augustine Cut-Off, Suite 100 | Wilmington DE 19803 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| | |

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE
☐ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 2/18/2003
LATEST 2/18/2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attached extra sheet(s):

I am a black individual who began working for Respondent on November 25, 1974. Because on February 18, 2003 the City of Wilmington declared a state of emergency, my work site was closed. Andrea Baxter (white) advised me to report to another office outside of Wilmington, which I did.

Andrea gave no explanation for my one-day transfer to another office.

I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Delaware Discrimination in Employment Act, as amended, because of my race (black): 1. I am one of four black x-ray technicians working for Respondent. 2. I was the only employee to be transferred on February 18. 3. Respondent is punitively using the transfer in retaliaiton for unscheduled, unpaid time I previously took.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

NOTARY - (When necessary to meet State and Local Requirements)

Date         Charging Party (Signature)

Subscribed and sworn to before me this date       (Day, month, and year)

EOC FORM 5
REV 6/92
PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

## CONTINUATION OF AFFIDAVIT

1. **COVERAGE/RESPONDENT'S BUSINESS:**
   Radiologists

2. **RELEVANT WORK HISTORY:**
   I am a black individual who began working for Respondent on November 25, 1974. Because on February 18, 2003 the City of Wilmington declared a state of emergency, my work site was closed. Andrea Baxter (white) advised me to report to another office outside of Wilmington, which I did.

   I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Delaware Discrimination in Employment Act, as amended, because of my race (black): 1. I am one of four black x-ray technicians working for Respondent. 2. I was the only employee to be transferred on February 18. 3. Respondent is punitively using the transfer in retaliaiton for unscheduled, unpaid time I previously took.

3. **PERSONAL HARM:**
   I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Delaware Discrimination in Employment Act, as amended, because of my race (black): 1. I am one of four black x-ray technicians working for Respondent. 2. I was the only employee to be transferred on February 18. 3. Respondent is punitively using the transfer in retaliaiton for unscheduled, unpaid time I previously took.

4. **RESPONDENT'S EXPLANATION FOR THE ALLEGED HARM AND ITS POLICIES AND PRACTICES:**
   Andrea gave no explanation for my one-day transfer to another office.

5. **DIRECT EVIDENCE:**
   see attached

6. **WITNESSES:**
   na

7. **COMPARATIVE DATA:**
   na

8. **CLASS HARM:**
   na

9. **REMEDY/RELIEF SOUGHT:**
   other damages

---

DATE AND INITIAL

PAGE #