8 Delft CT
Middletown, DE 19709
November 17, 2005

Judge Farnan
R. Weir

05-7 (JJF)

RE: Reeves vs. Radiology

I    Reason for complaint not addressed in affidavit

    A    Sent to another location even though PAAVE site closed (breach of company policy)

    B    Other satellite location not treated in same way (Broom St.)

    C    Employer wanted me to accept no fault settlement which I declined

    D    Time to drive from Ocean View to Middletown made it impossible for me to be on time considering circumstances (snow)

    E    No Black has ever held a supervisory position within company

    F    Performance review and raises not given on merit

    G    Promotions are based on **performance** & **competency** (not whether you asked for same)

For the above stated reasons I respectfully request a discovery motion for employment records and all pertinent documents.

Valerie Reeves
*Valerie Reeves*



FILED
NOV 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE







Ms. Valerie Reeves
8 Delft Ct
Middletown, DE 19709

Office of the Clerk
US District Court
844 N King St Lockbox 18
Wilm De 19801