8 Delft CT
Middletown, DE 19709
December 8, 2005

Judge Farnan
Richard Wier

RE:  Reeves vs. Radiology Assoc.      05-7 (JJF)

    I have enclosed copies with the address and phone number of the non existent Broom St. location of Radiology Assoc. Said office was operated by Cindy Chadderdon (White) for 4 years. The doctors of the Family Practice Assoc., which are in the same building at 1100 S. Broom St., can attest to the fact that the office was closed February 18, 2003 due to the snow state of emergency for the City of Wilmington. Their names are Drs. David Krasner DO, John Moore and Edward Sobel. Furthermore they can attest that no one worked in the office or building on said day.

    Incidently, Jim Santoro and Susan Levin can also attest to the fact that no reason exists for my being sent to another office while my site was closed. A copy of that office policy is also enclosed. In addition, there were times when my office was closed while others remained open, i.e. Black Friday and Good Friday, days that the doctors in building 1508 decided that they would be closed. Management was well aware of these circumstances yet took no adverse stand until the snow day of February 18, 2003. For that reason they (Radiology Assoc.) attempted to get me to accept a no fault settlement agreement, which I declined.

Respectfully,

*Valerie Reeves*

Valerie Reeves

FILED
DEC 1 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



U.S.M.S.
X-RAY

Office of the Clerk
US District Court Lockbox 18
Wilmington De 19801-3570