

# PAPASTAVROS' ASSOCIATES
## M E D I C A L   I M A G I N G   L.L.C.

1701 Augustine Cut-Off, Suite 100, Professional Building IV, Wilmington, DE 19803   TEL. (302) 652-3016   FAX (302) 652-2534
40 Polly Drummond Hill Road, Newark, DE 19711   TEL.(302) 737-5990   FAX (302) 738-9176
2600 Glasgow Avenue, Glasgow, DE 19702   TEL. (302) 832-5590 FAX (302) 832-9971
1539 Savannah Road, Lewes, DE 19958 TEL. (302) 644-2590 FAX (302) 644-2591

| | | |
|---|---|---|
| Garth A. Koniver, MD F.A.C.R. | Diagnostic Roentgenology | Stephen J. Lawless, MD |
| Thomas W. Fiss, MD F.A.C.R | Computerized Tomography | James A. Murphy, MD |
| Majid Mansoory, MD | Magnetic Resonance Imaging | John D. McAllister, II MD |
| | Nuclear Medicine including cardiac | Anthony J. Scola, MD |
| | Ultrasound including cardiac | Indukumar Solanki, MD |
| | Mammography/Core Biopsy | Michael Leviton, MD |
| | Non-Invasive Vascular Laboratory | Satyajit Sarangi, MD |

**To: All Employees**
**From: Donna M. Grace R.T., (R)(M)**
**Date: June 27, 2003**
**Re: PTO Logs**

Attached is a current PTO log through June 21, 2003. Please review it to make sure it is accurate. If you find any discrepancies contact me at 652-3016 x3032.

---

1508 Pennsylvania Avenue, Wilmington            2700 Silverside Road, Brandywine            1805 Foulk Road, Brandywine
1320 Philadelphia Pike, Claymont                6 Omega Drive Bldg. B-89, Christiana        1100 S. Broom Street, Wilmington
314 E. Main Street, Newark                      556 S. Dupont Highway, Milford              3505 Silverside Road, Fairfax
                              114 St. Ann's Church Road, Middletown

## PTO REQUEST FORM – RADIOLOGY ASSOCIATES, INC., 2003

## ALL REQUESTS FOR SCHEDULED PTO SHOULD BE SUBMITTED TO YOUR OFFICE MANAGER

Please be aware of the following when requesting PTO:

- PTO requests received through January 31, 2003, will be granted by seniority.
- PTO requests received after January 31, 2003, requests will be granted on a first-come-first served basis.
- Requests for scheduled PTO for dates in January will be granted on a first-come-first-served basis.
- Due to workloads and available coverage, the number of employees from the same team being granted PTO at the same time is at the supervisor's discretion.
- If you have scheduled PTO approved and before the time of that scheduled PTO you deplete your time bank with UPTO or other scheduled PTO, the approved time is then null and void.
- We do not honor time off without pay unless it is covered by FMLA, bereavement, or court time policies
- Any one employee, regardless of seniority, may schedule no more than 2 holiday weeks. Please refer to our employee handbook for more information.

Work teams are defined as follows:

Reception – (1) ACO (including Scheduling)  (2) PD   (3) GG
Light Room – ACO/PA Ave./Brandywine 100/Concord Plaza/Silverside, Phila. Pike
Light Room – PD/Broom Street/Kelway/White Clay
Light Room – Glasgow/Glasgow Medical Aid/Middletown
Light Room – Lewes
Nuclear Medicine
CT
MRI
Ultrasound
Transcription
Billing
Courier/Maintenance

*Note: Whole week requests take precedence over partial week requests*

Name: Valerie Reeves    Date: 1-23-03

I am requesting PTO on the following days in 2003

April 21 - 25
July 14 - 18
August 25 - 29
Dec 29 - 31

Approved by: _____   Date: _____

Request denied because _____

Wait-listed?  Yes _____   No _____



STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS
4425 NORTH MARKET STREET
WILMINGTON, DELAWARE 19802

TELEPHONE (302) 761-8200
FAX (302) 761-6601

February 11, 2004

Ms. Valerie Reeves
8 Delft Court
Middletown, DE 19709

RE:   Reeves v. Radiology Associates
      Case No: 03041028/17CA300376

Dear Ms. Reeves,

As you are aware, I have been assigned to investigate your charge of discrimination. I am writing you because my attempts to contact you have been unsuccessful. Respondent has since contacted me again to try to arrange a meeting in efforts to resolve this matter.

The Respondent (Radiology Associates) has accepted the invitation to attempt a No Fault Settlement Agreement. In order for a No Fault Settlement to be reached, your participation is necessary. Please contact me within (5) five days from the date of this letter to address your remedy request.

No response to this notification will result in the investigative process to proceed based on evidence submitted by Respondent. There is no guarantee of settlement options once the investigative phase of your charge begins.

Sincerely,

Brenda J. Sands
Labor Law Officer
Office of Labor Law Enforcement

## IDENTIFICATION BADGES

You will be issued an identification badge at the time of your employment. It should be worn where it can be seen at all times when you are working. This badge also has a bar code for time recording.

## NATURAL DISASTERS/EMERGENCY CLOSURES

Natural disasters, including earthquakes, mudslides, blizzards, floods and fires are to be expected from time to time. Although driving may be difficult in some areas due to damaged freeways and streets, when caution is exercised, the roads are normally passable or alternate routes are available. Time taken off due to natural disasters or inclement weather while the business remains open is unpaid and may be considered an attendance occurrence (see "Attendance and Punctuality" under section 4)

Exempt employees may be provided time off with pay when necessary to comply with state and federal wage and hour laws.

The Practice reserves the right to close services based on site-specific determinations during disasters or other emergencies. Since the Practice has many locations within various climate zones and within other non-Practice owned facilities such as freestanding medical centers, the decision to close services will be made based on site/office-specific circumstances.

## PERSONAL TELEPHONE CALLS/USE OF PORTABLE TELEPHONES

It is important to keep our telephone lines free for patient calls. Although the occasional use of the Practice's telephones for a personal emergency may be necessary, personal calls should be conducted only during lunch or on breaks. Personal telephones (cell phones) may not be used in patient areas or work areas as they interrupt our attention to our work and our patients.

## TELEPHONE, EMAIL AND INTERNET MONITORING POLICY

The Practice reserves the right to monitor employees' use of the telephone, email or Internet at any time. Unauthorized or inappropriate use of the telephone, email or Internet is subject to disciplinary action, up to and including dismissal. Please see a Human Resources representative for policy details.