IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE REEVES, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-7 JJF |
| RADIOLOGY ASSOCIATES, INC., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

**MOTION TO STRIKE PLAINTIFF'S SUR-REPLY**

Now comes Defendant Radiology Associates, Inc., by and through counsel, pursuant to Fed. Ct. Civ. Pro. 12(f), which moves to strike Plaintiff's December 12, 2005 sur-reply. In support of this motion, Defendant submits the following:

1. On November 1, 2005, Defendant filed a Motion to Dismiss/Summary Judgment (D.I. 9). An Opening Brief in Support of Defendant's Motion (D.I. 10) was filed simultaneously with the motion.

2. On November 22, 2005, Plaintiff responded to the motion by letter. (D.I. 13).

3. On November 28, 2005, Defendant filed its Reply Brief. (D.I. 14).

4. On December 12, 2005, Plaintiff filed an additional letter along with attachments, in violation of D. Del. LR 7.1.2, which forbids any additional papers to be filed in opposition to a motion once briefing has been completed.

5. In addition to being in clear violation of this Court's briefing rules, Plaintiff's letter should be stricken from the record since, as set forth below, it does not provide any facts showing that there is a genuine issue for trial and therefore is not responsive to Defendant's Motion to Dismiss/Summary Judgment.

6. In her letter filed on December 12, 2005, Plaintiff provides some statements that are not contested by Defendant, and which were already set forth in Defendant's Opening Brief. For instance, Plaintiff states that a white women operated the Broom Street location and that doctors can attest that the Broom Street office was closed on February 18, 2003.

7. Plaintiff also states that two individuals can attest that <u>no reason</u> exists for Plaintiff being sent to another office while her site was closed. Plaintiff's own statement is fatal to her claims of racial discrimination since this confirms that race was not a reason that she was asked to work at another office on February 18, 2003. As set forth in Defendant's Opening Brief, the reason that Plaintiff's office was closed on February 18, 2003, and that she was asked to work at a different location that day, was solely due to a State of Emergency in the City of Wilmington.

8. Attached to her letter, Plaintiff provided a copy of Defendant's handbook policy regarding closings due to emergencies, which indicates that Defendant had the discretion to close specific sites. The handbook therefore does not support any of Plaintiff's claims.

9. Plaintiff also states in her letter that there were times that her office was closed while others remained open. This allegation has no relevance and does not provide any support for Plaintiff's claims.

10. Finally, Plaintiff states that Defendant attempted to get her to accept a no fault settlement. The fact that Defendant agreed to participate in voluntary No Fault resolution has no relevance whatsoever to Plaintiff's claims and is not admissible pursuant to DRE and FRE 408.

**WHEREFORE**, Defendant respectfully requests that this Court strike Plaintiff's sur-reply.

                                            Respectfully submitted,
                                            **RICHARD R. WIER, JR., P.A.**

                                            /s/ Richard R. Wier, Jr.
                                            Richard R. Wier, Jr. (#716)
                                            Daniel W. Scialpi (#4146)
                                            1220 Market St., Suite 600
                                            Wilmington, DE 19801
                                            (302)888-3222
                                            RWier@wierlaw.com

December 20, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VALERIE REEVES, | : |
| Plaintiff, | : |
| v. | : C.A. No. 05-7 JJF |
| RADIOLOGY ASSOCIATES, INC., | : JURY TRIAL DEMANDED |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I certify that on this 20th day of December 2005 that I caused a copy of the attached to be filed with the Clerk of the Court using CM/ECF and that a copy has been mailed to the pro se plaintiff at the following address:

Valerie Reeves
8 Delft Ct.
Middletown, DE 19709

RICHARD R. WIER, JR., P.A.

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
RWier@wierlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VALERIE REEVES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-7 JJF |
| | : | |
| RADIOLOGY ASSOCIATES, INC., | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |

### ORDER

Upon presentation and consideration of Defendant's Motion to Strike Plaintiff's Sur-Reply, and any opposition thereto

IT IS ORDERED this _____ day of _____, _____ that

1. Defendant's Motion is Granted;

2. Plaintiff's letter filed on December 12, 2005 shall be stricken from the record.

_____
The Honorable Joseph J. Farnan, Jr.