```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

VALERIE REEVES,                :
                               :
        Plaintiff,             :
                               :
    v.                         :   Civil Action No. 05-007-JJF
                               :
RADIOLOGY ASSOCIATES, INC.,    :
                               :
        Defendant.             :

O R D E R

At Wilmington, this 2 day of May, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendant's Motion To Dismiss/Summary Judgment (D.I. 9) is **GRANTED**;

2. Plaintiff's claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, is **DISMISSED** with prejudice;

3. Plaintiff's claim under 42 U.S.C. § 1981 is **DISMISSED**;

4. Plaintiff's claim under 19 Del. C. § 711 is **DISMISSED**;

5. Defendant's Motion To Strike Plaintiff's Sur-Reply (D.I. 16) is **DENIED** as moot.

_____
UNITED STATES DISTRICT JUDGE